# ZMO LAW PLLC

January 30, 2026

*So ordered,*
*2-3-26*
*Alvin Hellerstein*

*Via ECF and email*

Hon. Alvin K. Hellerstein
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

      RE: *United States v. Adrian Aviles, 24 Cr. 409*

Dear Judge Hellerstein:

This office represents Adrian Aviles in the above-captioned matter. We write to request an order instructing probation to release Mr. Aviles's passport to him. The government consents to this request.

On May 13, 2025, the Court sentenced Mr. Aviles to time served and five years of supervised release. Supervised release has recently approved him to travel to Puerto Rico with his family. However, he needs his passport for the trip as he does not yet have the enhanced identification now needed for air travel. Pretrial services is still in possession of his passport and indicated it needed an order from the Court in order to release the passport to him.

We wanted to take this opportunity to advise the Court that since the Court sentenced Mr. Aviles to supervised release, he and his family are thriving. He continues to work delivering packages for Amazon and as a home health aide, as well as going to treatment programming regularly. He and his family are immensely grateful to the Court for giving him this chance to change his life.

Thank you for your attention to this case.

Very truly yours,

*Tess Cohen*

Tess Cohen
Partner

CC: AUSA Madison Smyser